# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

BATON ROUGE FOUNDATION REPAIR,
INC. AND MICHAEL LAMONICA

NO.  2020 CW 0203

VERSUS

ASHLEY BOOKER

**MAY 1 2 2020**

---

In Re:  Baton Rouge Foundation Repair, Inc. and Michael
Lamonica, applying for supervisory writs, 19th Judicial
District Court, Parish of East Baton Rouge, No. 686108.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

> **JMM**
> **MRT**
> **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT